STATE OF NEBRASKA, APPELLEE, V. EARL E. DEBERRY,
APPELLANT.
215 N. W. 2d 73
Filed March 7, 1974.  No. 39232.

Earl E. DeBerry, pro se.

Clarence A. H. Meyer, Attorney General, and Harold
S. Salter, for appellee.

Heard before WHITE, C. J., BOSLAUGH, McCOWN, NEW-
TON, and CLINTON, JJ., and COLWELL and WARREN, Dis-
trict Judges.

WHITE, C. J.

In this post conviction action the defendant alleges by
way of conclusions that he was denied "right to repre-
sentation by competent counsel.  * * *  The unconstitu-
tional suppression of evidence by the state.  * * *  The
use by the state of testimony known to it to be perjured."
While there are allegations of fact to support these
statements of conclusions in the pleadings and, although
the record shows that a hearing was held, there is no
bill of exceptions in this post conviction case.  The
pleadings do not afford a basis for granting relief and
there is no evidence before the court by which any
factual issue could be reviewed.  In the absence of a
proper bill of exceptions, any assignment of error re-
quiring an examination of evidence cannot prevail on
appeal.

The judgment of the District Court is correct and is
affirmed.

AFFIRMED.